**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LASANDRA PERKINS,

    Plaintiff,

v.                                    Case No. 3:07cv8/LAC/EMT

LC IND INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Before the Court is a joint stipulation for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure (Doc. 32). Upon consideration of the foregoing, it is hereby **ORDERED**:

1. This action is **DISMISSED** with prejudice as an adjudication upon the merits, with the parties to bear their own respective costs and attorneys' fees. The Clerk of Court is directed to close this file.

2. In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by either party within **sixty (60) days** of the date of this order, to amend or vacate and set aside this order of dismissal and reinstate this case.

**ORDERED** on this 18th day of October, 2007.

                                                     s/ *L.A. Collier*
                                                      Lacey A. Collier
                                            Senior United States District Judge