**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LASANDRA PERKINS,

    Plaintiff,

v.                                                 Case No. 3:07cv8/LAC/EMT

LC IND INC.,

    Defendant.
_____/

**AMENDED ORDER OF DISMISSAL**

1.     This action is **DISMISSED** with prejudice as an adjudication upon the merits, with the parties to bear their own respective costs and attorneys' fees. The Clerk of Court is directed to close this file.

2.     By consent of the parties and the Court, and under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994), the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement. Jurisdiction to enforce the terms of the settlement agreement shall be retained for **ninety (90)**

**days** from the date of this Order.  A copy of the settlement agreement has not been filed with the Court, and this Order is not intended to signify specific approval of the terms of the settlement agreement.

**ORDERED** on this 31st day of October, 2007.

s/*L.A. Collier*
Lacey A. Collier
Senior United States District Judge
